SCWC-15-0000865

**Electronically Filed
Supreme Court
SCWC-15-0000865
31-OCT-2017
09:21 AM**

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellant,
vs.
MATTHEW SEAN SASAI, Petitioner/Defendant-Appellee,
(CAAP-15-0000865; CASE NO. 1DCW-14-0004628

AND

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellant/Cross-Appellee,
vs.
BRENT N. TANAKA, Petitioner/Defendant-Appellee/Cross-Appellant.
(CAAP-15-0000866; CASE NO. 1DCW-14-0005843).

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000865)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners Matthew Sean Sasai and Brent N. Tanaka's application for writ of certiorari filed on September 27, 2017, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, October 31, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

